DONNA M ARMENTA, ESQ.
Nevada Bar No. 6527
840 S. Rancho Drive, Suite 4176
Las Vegas, NV 89106
Phone: (760) 616-9364
donnanvlegal@outlook.com
*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| PAUL J. LIGGIO, an individual, and MARGE M. LIGGIO, an individual,<br><br>Plaintiff,<br>vs.<br><br>JASON WEIGNER, an individual; DOES 1 through 10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01973-APG-CWH<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' FIRST MOTION FOR LEAVE AND DEFENDANT'S MOTION TO DISMISS** |

PURSUANT TO LR 6-2 AND LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, PAUL J. LIGGIO, an individual, and MARGE M. LIGGIO, an individual, and as assignees, by and through their counsel of record, DONNA ARMENTA LAW, and Defendant, JASON WEIGNER, by and through his counsels of record, Joshua Gilmore, Esq. of Bailey & Kennedy and Walter Weir, Jr. of Weir & Partners, LLP as follows:

In accordance with Fed.R.Civ.P. 15(a)(2), Defendant consents to the filing of Plaintiffs' First Proposed Amended Complaint attached as Exhibit 1 to Plaintiffs' First Motion for Leave to Amend (Docket No. 22). Defendant shall have 14 days from the filing and service of Plaintiffs' First Amended Complaint to file his response.

Plaintiffs' First Motion for Leave to File First Amended Complaint (Docket Nos. 20 and then PDF corrected by Docket No. 22) and Defendant's Motion to Dismiss (Docket No. 17) are hereby

1  deemed moot and therefore withdrawn without prejudice.

2    The stipulation is entered into without waiver of any of the parties respective rights, claims

3  or defenses.

5  DATED this 7TH day of January, 2016    DATED this 4th day of January, 2016.

6  **BAILEY KENNEDY**         **DONNA ARMENTA LAW OFFICE**

8  By: */s/ Joshua Gilmore*        */s/ Donna M. Armenta*
JOHN R. BAILEY           DONNA M ARMENTA, ESQ.
Nevada Bar No. 0137         Nevada Bar No. 6527
JOSHUA P. GILMORE         840 S. Rancho Drive, Suite 4176
Nevada Bar 11576          Las Vegas, NV 89106
8984 Spanish Ridge Avenue        *ATTORNEYS FOR PLAINTIFF*
Las Vegas, NV 89148-13002
Jgilmore@BaileyKennedy.com

-and-

Walter Weir, Jr.
**WEIR & PARTNERS, LLP**
Fifth Floor, The Widener Building
One South Penn Square
Philaphia PA 19107-3519

*ATTORNEYS FOR DEFENDANT*

  **IT IS SO ORDERED:**

       [signature]
       UNITED STATES DISTRICT JUDGE

    DATED: January 20, 2016

*Left margin:* DONNA ARMENTA LAW, 840 S. Ranncho Drive, suite 4176, Las Vegas, Nevada 89106, (760) 616-9364