DONNA M ARMENTA, ESQ.
Nevada Bar No. 6527
4495 S. Durango Drive, Suite 174
Las Vegas, NV 89113
Phone: (702) 525-1364
Fax: (702) 973-7170
Donna@DonnaArmentaLaw.com
*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL J. LIGGIO, an individual, and MARGE M. LIGGIO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON WEIGNER, an individual, DOES 1 through 10; and ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　Defendant(s). | Case No.: 2:15-cv-01973-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, PAUL J. LIGGIO and MARGE M. LIGGIO, and Defendant, JASON WEIGNER, through their respective counsels of record, that the above captioned case, and all claims and counterclaims which have been made or which could have been made against any party by any other party, be dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.

　　　　DATED this 3RD day of March, 2017.

| | |
|---|---|
| DONNA ARMENTA LAW<br><br>/s/ Donna M. Armenta, Esq.<br>Donna M. Armenta, Esq.<br>Nevada Bar No. 006527<br>4495 S. Durango Dr., Suite 174<br>Las Vegas, NV 89113<br>*Attorneys for Plaintiffs*<br>*Paul & Marge Liggio* | BAILEY KENNEDY<br><br>/s/ Joshua P. Gilmore, Esq.<br>Joshua P. Gilmore, Esq.<br>Nevada Bar No. 11576<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>Ph: (702) 562-8821<br>*Attorneys for Defendant* |

**ORDER**

IT IS HEREBY ORDERED that the above captioned case is hereby dismissed in its entirety with prejudice, with each party to bear his or her own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

DONNA ARMENTA LAW

/s/  Donna M. Armenta, Esq.\_\_\_\_\_
Donna M. Armenta, Esq.
Nevada Bar No. 006527
4495 S. Durango, Suite 174
Las Vegas, NV 89113
*Attorneys for Plaintiffs*
*Paul & Marge Liggio*